# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Linda Gartner, | ) |
| Plaintiff, | ) ) ) ) ) |
| vs. | ) Case No. 4:17cv2158 NAB |
| Dubuque Paint Equipment, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was filed on July 27, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:17cv00059.

GREGORY J. LINHARES
CLERK OF COURT

Dated: August 30, 2017    By: /s/ Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:17cv00059 NAB.**